August A. BUSCH, Jr., Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.

No. 12995.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision Busch v. Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

Catherine Milliken BUSCH, Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.

No. 12993.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.

Elizabeth Overton BUSCH, Petitioner, v. Joseph D. NUNAN, Jr., Commissioner of Internal Revenue.

No. 12996.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1945.

Daniel N. Kirby, Harry W. Kroeger, and Frank H. Fisse, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, and John W. Smith, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in Busch v. Nunan, Jr., Commissioner of Internal Revenue, 8 Cir., 148 F.2d 798, on joint motion of counsel for respective parties.